IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROXANNA HURST, :

    Plaintiff,

v. : Case No. 3:14-cv-52

VILLAGE OF ENON, OHIO, *et al.*, JUDGE WALTER H. RICE

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #24); SUSTAINING DEFENDANTS' UNOPPOSED MOTION FOR SUMMARY JUDGMENT (DOC. #20); OVERRULING AS MOOT DEFENDANTS' ALTERNATIVE MOTION TO DISMISS FOR FAILURE TO PROSECUTE (DOC. #20); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his April 8, 2015, Report and Recommendations, Doc. #24, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, and SUSTAINS Defendants' unopposed February 2, 2015, Motion for Summary Judgment <u>on the merits</u>, rendering MOOT Defendants' alternative Motion to Dismiss for Failure to Prosecute. Doc. #20. The Court notes that, although Plaintiff was advised of her right to file Objections to the Report and

Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Judgment will be entered in favor of Defendants and against Plaintiff, dismissing Plaintiff's claims with prejudice.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: April 28, 2015                                   _____
                                                       WALTER H. RICE
                                                       UNITED STATES DISTRICT JUDGE